# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2737
L.T. Case No. 42-2012-CF-2866-A

_____

GUIES ULYSSES JOHNSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 Appeal from the Circuit Court for Marion County.
Peter Matthew Brigham, Judge.

Guies Ulysses Johnson, Zephyrhills, pro se.

No Appearance for Appellee.

October 14, 2025

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

MAKAR, BOATWRIGHT, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____